**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JUDY WENDLER, IN HER OWN RIGHT, AND AS ADMINISTRATRIX OF THE ESTATE OF GEORGE WENDLER, | : No. 668 MAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| Petitioner | : from the Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BRENNTAG NORTHEAST, INC. AND ARMSTRONG WORLD INDUSTRIES, INC., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.